No. 740. CANTRELL *v.* CITY OF OKLAHOMA CITY. Ct. Crim. App. Okla. Certiorari denied. *Don Hamilton* for petitioner. *Roy H. Semtner* and *Giles K. Ratcliffe* for respondent.

No. 747. TAYLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Gordon C. Culp* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 750. NAGELBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Irwin Klein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 754. POLYMERS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Francis J. Vaas* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 759. PUBLIC SERVICE COMPANY OF INDIANA, INC., ET AL. *v.* HAMIL, ADMINISTRATOR OF RURAL ELECTRIFICATION ADMINISTRATION, ET AL. C. A. 7th Cir. Certiorari denied. *Alan W. Boyd* for Public Service Company of Indiana, Inc., and *G. R. Redding* and *Fred P. Bamberger* for Southern Indiana Gas & Electric Co., petitioners. *Solicitor General Griswold, Acting Assistant Attorney General Eardley,* and *Alan S. Rosenthal* for respondents.

No. 765. TORO *v.* JULIO E. GERALDINO, INC. Sup. Ct. Puerto Rico. Certiorari denied.